# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Spanski Enterprises, Inc. v. Telewizja Polska, S.A.**    Docket No.: **14-967**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Jonathan N. Strauss**

Firm: **Loeb & Loeb LLP**

Address: **345 Park Avenue, New York, New York 10154**

Telephone: **(212) 407-4000**    Fax: **(212) 407-4990**

E-mail: **jstrauss@loeb.com**

Appearance for: **Spanski Enterprises, Inc./Appellant**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Jonathan Zavin, Loeb & Loeb LLP** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Jonathan N. Strauss**

Type or Print Name: **Jonathan N. Strauss**